Minute Order Form   (rev. 12/90)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| Case Number | 99 C 7180 | Date | October 24, 2000 |
| Case Title | Randal Schmidt, et al    v    Nissan Motor Acceptance | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [use listing in "MOTION" box above]

(2) ☐ Brief in support of motion due _____

(3) ☐ Answer brief to motion due _____ Reply to answer brief due _____

(4) ☐ ☐ Ruling / Hearing on _____ set for _____ at _____

(5) ✓ Status hearing ☐ held ☐ continued to ✓ set for ☐ re-set for 11/28/00 at 9:00

(6) ☐ Pretrial conf. ☐ held ☐ continued to ☐ set for ☐ re-set for _____ at _____

(7) ☐ Trial ☐ Set for ☐ re-set for _____ at _____

(8) ☐ ☐ Bench Trial ☐ Jury Trial ☐ Hearing held and continued to _____ at _____

(9) ☐ This case is dismissed ☐ without ☐ with prejudice and without costs ☐ by agreement ☐ pursuant to

☐ FRCP 4(j) (failure to serve) ☐ General Rule 21 (want of prosecution) ☐ FRCP 41(a)(1) ☐ FRCP 41(a)(2)

(10) ✓ [Other docket entry]

### Document No. 30 is granted.

(11) ☐ [For further detail see ☐ order on the reverse of ☐ order attached to the original minute order form.]

| | | |
|---|---|---|
| No notices required, advised in open court. | | number of notices |
| No notices required. | ED-7 | |
| Notices mailed by judge's staff. | FILED FOR DOCKETING | date docketed |
| Notified counsel by telephone. | OCT 2 4 2000 | |
| ✓ Docketing to mail notices. | 00 OCT 24 PM 2: 01 | docketing dpty. initials |
| Mail AO 450 form. | | |
| Copy to judge/magistrate Judge. | | date mailed notice |
| courtroom deputy's Initials | Date/time received in central Clerk's Office | mailing dpty. initials |

Document #

31